BEATRICE MAUZER, Appellant and Respondent, *v.* LAMAR AUTO COMPANY, Respondent, and MAX SCHAEFFER, Appellant, Impleaded with Another.

(Argued June 5, 1935; decided July 11, 1935.)

*Ralph Stout* and *Louis Rothbard* for plaintiff, appellant and respondent.

*Joseph F. Hanley, Alfred H. Golden* and *Leo M. Brimmer* for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.